**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**IMAD ATA SIHWAIL,**

        Defendant.

Case No. 7:10-CR-11 (HL)

**ORDER**

This case has been transferred to the undersigned. A review of the docket shows that Defendant was scheduled to enter a change of plea on May 27, 2011, but that hearing was cancelled at the request of counsel so that the necessary paperwork could be completed. The parties were ordered to advise the Court when the paperwork was completed so the change of plea hearing could be rescheduled. There is nothing in the record to suggest that the parties ever reported back to the Court as instructed. The Court is certain that the parties have finished whatever paperwork was required. The change of plea hearing is rescheduled for August 25, 2011 at 9:30 a.m. in Macon.

**SO ORDERED**, this the 4th day of August, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh