IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:10-CR-11 (WLS) |
| | : | 7:11-CR-41 (WLS) |
| IMAD ATA SIHWAIL, | : | 7:11-CR-42 (WLS) |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant Imad Ata Sihwail's Motions to Seal (Doc. 135; Doc. 45; Doc. 42), each filed on December 9, 2024.[1] Therein, Defendant requests permission to file a "Motion for Reduction in Sentence Under 18 U.S.C. §3582(c)(1)(A)" under seal. Defendant states that filing under seal is necessary to protect the interest of Defendant's personal medical information contained in the motion and accompanying exhibits.

Upon review, the Court finds good cause exists to permit the "Motion for Reduction in Sentence Under 18 U.S.C. §3582(c)(1)(A)" to be filed under seal. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) ("The common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential."). Pursuant to Local Rule 5.4, however, Defendant shall also file a redacted version of the Motion and any accompanying exhibits for the public record. *See* M.D. Ga. L.R. 5.4(c) ("The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.").

Accordingly, Defendant's Motions to Seal (Doc. 135; Doc. 45; Doc. 42) are hereby **GRANTED**. When the Motions for Reduction in Sentence are filed, the Clerk of Court is **DIRECTED** to docket such motions under seal to be made available only to the Parties'

---

[1] The Court notes that Defendant Sihwail was sentenced by this Court in each of the above-captioned cases. A review of the Dockets shows that Defendant filed the same Motion to Seal in each of the three cases. The Court, therefore, addresses the three motions together in this Order.

Counsel, the United States Probation Office, and the Court. The same shall remain sealed until further order of the Court.

    **SO ORDERED**, this 12th day of June 2025.

                                              <u>**/s/ W. Louis Sands**</u>
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**